UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARY SUSAN WILLIAMS,            No. CIV-S-07-2698 WBS EFB

      Plaintiff,

  v.
                               **ORDER OF REASSIGNMENT**

UNITED STATES OF AMERICA,

      Defendant.
_____/

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

///

1    IT IS HEREBY ORDERED that the Clerk of the Court reassign
2 this case to the Honorable Edmund F. Brennan.  The parties shall
3 take note that all documents hereafter filed with the Clerk of
4 the Court shall bear case number CIV-S-07-2698 EFB.  All
5 currently scheduled dates presently set before Judge Shubb are
6 hereby VACATED.
7 DATED:  July 22, 2008

```
                          _____
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE
```

15   Having also reviewed the file, I accept reference of this
16 case for all further proceedings and entry of final judgment.
17 The parties have filed a joint status report consistent with
18 Local Rule 16-240.  The court will review the report and either
19 issue a scheduling order, or if it determines one is needed, set
20 a scheduling conference.
21 DATED:  August 5, 2008

```
                          _____
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE
```